s

**ROBINSON BRADFORD LLP**
Matthew C. Bradford, Esq. (SBN 196798)
3439 Brookside Road, Suite 212
Stockton, California 95219
Telephone:	(209) 954-9001
Facsimile:	(209) 954-9091
matthew@robinsonbradford.net

Attorneys for Plaintiffs,
James McCarver and Dianna McCarver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James McCarver, an individual, and Dianna McCarver, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> PayPal Credit Services, <br><br> Defendant. | Case No.: 5:19-CV-723 <br><br> **NOTICE OF SETTLEMENT** |

  Plaintiffs James McCarver and Dianna McCarver hereby notify the Court that the parties have entered into a written settlement agreement of the entire action and that the performance of the settlement agreement should occur before December 15, 2019.

Dated: December 3, 2019

                  **ROBINSON BRADFORD LLP**

                By: /S/Matthew C. Bradford, Esq.
                   Matthew C. Bradford
                   ROBINSON BRADFORD LLP
                   Attorney for Plaintiffs,
                   James McCarver and Dianna McCarver