Matthew C. Bradford, Esq. – SBN 196798
Nathan M. Robinson, Esq. – SBN 305611
**ROBINSON BRADFORD LLP**
43471 Ridge Park Drive, Suite C
Temecula, CA  92590
Telephone: (209) 954-9001
Facsimile:  (209) 954-9091

matthew@robinsonbradford.net
nathan@robinsonbradford.net

Attorneys for Plaintiffs, James McCarver and Dianna McCarver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCARVER, an individual, and DIANNA McCARVER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PAY PAL CREDIT SERVICES, et al.<br><br>Defendants. | CASE NO. 5:19-CV-723<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, JAMES McCARVER and DIANNA McCARVER and Defendant, PAY PAL CREDIT SERVICES by and through their respective counsel of record hereby stipulate to dismissal of the entire action with prejudice.

DATED: January 7, 2020        ROBINSON BRADFORD LLP

By: /S/ Matthew C. Bradford
    Matthew C. Bradford, Esq.
    Attorneys for Plaintiffs, James McCarver and
    Dianna McCarver


DATED: January 7, 2020        SNELL & WILLMER LLP

By: /S/ Becca Wahlquist
    Becca Wahlquist, Esq.
    Attorney for Defendant, Pay Pal


I Matthew C. Bradford attest pursuant to Local Rule 5-4.3.4 that Becca Wahquist, on whose behalf this filing is also submitted, concurs with the content and authorizes the filing of this document.

By: /S/ Matthew C. Bradford

2

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: January 7, 2020

ROBINSON BRADFORD LLP

By: /S/ Matthew C. Bradford, Esq.
    Matthew C. Bradford, Esq.
    Attorneys for Plaintiffs, James McCarver
    and Dianna McCarver